# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| RIKKI ACQUELLIA PHARR, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00219-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL,, | ) | |
| Acting Commissioner of the Social Security | ) | |
| Administration | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 18, 2019 Memorandum and Order.

April 18, 2019

_____
Frank G. Johns, Clerk
United States District Court